Case 6:23-cv-00059   Document 14   Filed on 07/23/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JASON RAY CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:23-CV-00059 |
| | § | |
| NATHAN NANCE, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation of United States Magistrate Judge (D.E. 13), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on July 23, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE